**FILED**
CHARLOTTE, NC

JUN 1 4 2007

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC


UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:07-cr-79-W |
| ) | |
| v. ) | |
| ) | |
| (1) PATRICK SCHWENKE ) | |
| (2) SHARU BEY, a/k/a "Jeffrey Lewis" ) | |
| (3) ROBERTO CARLOS ALBA-ARELLANO ) | |
| (4) JUAN CARLOS SANCHEZ-SOLORZANO ) | |
| (5) EDGAR ORTIZ BARRAZA, ) | **ORDER UNSEALING** |
|     a/k/a "Edgar Yunven Barraza" ) | **SUPERSEDING INDICTMENT** |
| (6) RUBEN ORTIZ BARRAZA ) | |
|     a/k/a "Ruben Barraza-Ortiz" ) | |
| (7) RUBEN NOYOLA GARCIA ) | |
| ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the Superseding Bill of Indictment in the case numbered above; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Superseding Bill of Indictment in the above-captioned case be unsealed.

This the 14th day of June, 2007.

_Carl Horn, III_
UNITED STATES MAGISTRATE JUDGE