AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

UNDER SEAL

Western DISTRICT OF North Carolina

UNITED STATES OF AMERICA

V.

EDGAR ORTIZ BARRAZA,
a/k/a " Edgar Yunven Barraza"

**WARRANT FOR ARREST**

CASE NUMBER: 3:07cr79-5-W

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Edgar Ortiz Barraza__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court

[ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy, possession with intent to distribute a controlled substance

in violation of Title __21__ United States Code, Section(s) __841(a)(1), 846__
__18__ United States Code, Sections(s) __922(g)(1), 924(c)__

FILED
CHARLOTTE, NC
APR 01 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

__FRANK G. JOHNS__
Name of Issuing Officer

__Clerk of Court__
Title of Issuing Officer

_[signature]_
Signature of Issuing officer

April __25__, 2007  Charlotte, NC
Date and Location

Bail fixed at $ _____  by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _PHARR, TX_  POE |

| DATE RECEIVED 4/30/2007 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/31/2015 | ZEN VIOLA, SDUSM | _[signature]_ |

AO 442 (Rev. 12/85) Warrant for Arrest